IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                  CASE NO. 4:14-CR-00189 BSM

CHANTELL ALLEN PEOPLES                                   DEFENDANT

## ORDER

The government's motion to dismiss [Doc. No. 41] the indictment against defendant Chantell Peoples without prejudice is granted, and the indictment [Doc. No. 3] is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 7th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE